IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISAIAS GABRIEL AGUILAR RAUDALES, | § | |
| Petitioner, | § | |
| V. | § | No. 3:26-cv-1393-N-BN |
| MARKWAYNE MULLIN, Secretary, Department of Homeland Security, ET AL., | § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should dismiss this action for lack of subject matter jurisdiction. *See* Dkt. No. 11.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 11].

SO ORDERED this 16th day of November, 2026.

DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE